UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L. HOFFMAN,

      Plaintiff,

 v.

Case No. 2:25-CV-131-JLB-KCD

KELVAN JIMENEZ, INDIVIDUALLY AND OFFICIAL CAPACITY; JOSE DELGADO, INDIVIDUALLY AND OFFICIAL CAPACITY; AND CITY OF PUNTA GORDA, OFFICIAL CAPACITY;

      Defendants,

_____/

## ORDER

Pro se Plaintiff Jerry L. Hoffman moves for access to the Court's electronic filing system. (Doc. 6.) The motion is **DENIED**. "Pro se litigants are generally denied access to electronic filing unless extenuating circumstances exist to justify waiving CM/ECF procedures." *Huminski v. Vermont*, No. 2:13-cv-692-FtM-29, 2014 WL 169848, *4 (M.D. Fla. Jan. 15, 2014); *see also McMahon v. Cleveland Clinic Found. Police Dep't*, 455 F. App'x 874, 878 (11th Cir. 2011) (affirming denial of CM/ECF access for pro se litigants). No extenuating circumstances have been shown (or even argued) here. To the extent Plaintiff believes electronic filing will help him access documents in the case, he can already submit materials electronically through the Web Portal

on the Court's website: https://www.flmd. uscourts.gov/electronic-document-submission-web-portal.

**ORDERED** in Fort Myers, Florida on March 13, 2025.

Kyle C. Dudek
United States Magistrate Judge