UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L. HOFFMAN,

    Plaintiff,

v.

    Case No. 2:25-cv-131-JLB-KCD

KELVAN JIMENEZ, INDIVIDUALLY AND OFFICIAL CAPACITY; JOSE DELGADO, INDIVIDUALLY AND OFFICIAL CAPACITY; AND CITY OF PUNTA GORDA, OFFICIAL CAPACITY;

    Defendants,

## ORDER

Plaintiff Jerry Hoffman moves the Court to reconsider its order quashing service. (Doc. 23.) The motion is **DENIED AS MOOT** because the Court has already reconsidered its order quashing service. (*See* Doc. 21.) In its amended order, the Court considered Hoffman's arguments presented in the present motion. (*Id.*)

Hoffman also moves for the United States Marshal to serve Defendants. (Doc. 27.) Hoffman was previously granted leave to proceed in forma pauperis (Doc. 7) and has provided the necessary forms (Doc. 27-1). Accordingly, the motion (Doc. 27) is **GRANTED**. The United States Marshal,

**within 21 days of the date of this Order**, shall serve Defendants with a copy of the complaint (Doc. 1) and the summons (Doc. 27-1).

**ORDERED** in Fort Myers, Florida on June 27, 2025.

Kyle C. Dudek
United States Magistrate Judge