UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L HOFFMAN,

    Plaintiff,

v.

KELVAN JIMENEZ, INDIVIDUALLY AND OFFICIAL CAPACITY; JOSE DELGADO, INDIVIDUALLY AND OFFICIAL CAPACITY; AND CITY OF PUNTA GORDA, OFFICIAL CAPACITY;

    Defendants,

Case No. 2:25-cv-131-JLB-KCD

## ORDER

Plaintiff Jerry Hoffman moves to stay discovery in this case pending resolution of a habeas petition he separately filed. (Doc. 48.) Defendants do not oppose the request, and the Court agrees there is good cause to hold discovery. Accordingly, Plaintiff's motion is **GRANTED**. The Clerk is directed to add a stay flag to this case, and all remaining deadlines are suspended until further order.

Plaintiff also moves the Court to approve his proposed mediator and waive the mediation fee. (Doc. 49.) This request is **DENIED WITHOUT PREJUDICE**. The Court will address the issue of mediation after the stay is lifted.

**ORDERED** in Fort Myers, Florida on September 3, 2025.

Kyle C. Dudek
United States Magistrate Judge

2