UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L HOFFMAN,

    Plaintiff,

v.

Case No. 2:25-cv-131-KCD-DNF

KELVAN JIMENEZ, INDIVIDUALLY AND OFFICIAL CAPACITY; JOSE DELGADO, INDIVIDUALLY AND OFFICIAL CAPACITY; AND CITY OF PUNTA GORDA, OFFICIAL CAPACITY;

    Defendants,
_____/

# ORDER

Plaintiff Jerry Hoffman brought this civil rights complaint against the City of Punta Gorda and several individuals involved in his arrest. (Doc. 36.) The Court found Hoffman's claims barred by *res judicata* and dismissed the complaint. (Doc. 63) He now seeks "relief from the judgment dismissing this action" under Fed. R. Civ. P. 60(b)(4). (Doc. 66 at 1.)

Hoffman's argument is two-fold. First, he claims the case was stayed and thus the Court had no authority to dismiss the complaint. "A judgment entered in contradiction of a prior stay order," according to Hoffman, "is procedurally void." (Doc. 66 at 2.) Second, he claims the Court's conduct

"demonstrate[s] bias and prejudice against [him]." (*Id.* at 3.) Neither argument carries the day.

Contrary to Hoffman's belief, this case was not stayed. Although the Court had paused discovery, that was the extent of its ruling. (*See* Doc. 52.) So there was no procedural bar to the Court addressing the merits of Defendants' pending motions and dismissing this case. Similarly, there is no evidence of bias or prejudice against Hoffman. The Court's rulings reflect proper adjudication of the matters before it, and nothing more.

Accordingly, it is **ORDERED**:

1. Hoffman's Motion for Relief from Judgment Under Rule 60(b)(4) is **DENIED**.

**ENTERED** in Fort Myers, Florida on November 26, 2025.

Kyle C. Dudek
United States District Judge

2